### In the Interest of K.J.K.

### No. ED 81432.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 18, 2003.

■

### In the Interest of T.S.H., A Minor.

### No. ED 81436.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 18, 2003.

John R. Bird, St. Louis, MO, for appellant.

Robin Ransom Vannoy, St. Louis, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

Before MARY R. RUSSELL, P.J., CLIFFORD H. AHRENS, J., and BOOKER T. SHAW, J.

### ORDER

PER CURIAM.

Mother, S.E.C., appeals from the judgment of the trial court terminating her parental rights to her daughter, T.S.H.

We have reviewed the record on appeal and find that the judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law